IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -3 PM 5: 12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

HELEN RICHARDSON, as
Administratrix for the Estate of
GEORGE RICHARDSON, JR.,
Deceased, and as Legal Guardian of
the Estate of TAVARES RICHARDSON,
a Minor,

      Plaintiff,

v.                                                    No. 05-2145-Ma/P

MARION DUGDALE, M.D., et al.,

      Defendants.

---

## RULE 16(B) SCHEDULING ORDER

---

On April 29, 2005, counsel for the parties conferred by telephone pursuant to Federal Rule of Civil Procedure 26(f). The conference call was attended by W. Bryan Smith, counsel for plaintiff; Effie V. Bean, counsel for Marion Dugdale, M.D., Patricia Adams-Graves, M.D., and UT Medical Group, Inc.; Buckner Wellford, counsel for Campbell Clinic, P.C.; and Charles Harrell, counsel for Rose Sayger, R.N., and Methodist Healthcare Transplant Program, L.L.C. d/b/a UT Bowld Hospital. Defendants Christopher Buchanan, M.D., John Doe, M.D. a/k/a Dr. Babb had not been served at the time of the conference call and did not attend, individually or through counsel. At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. P. 26(a)(1):**
May 20, 2005



**JOINING PARTIES**: June 20, 2005

**AMENDING PLEADINGS**: June 20, 2005

**INITIAL MOTIONS TO DISMISS**: July 20, 2005

**COMPLETING ALL DISCOVERY**: February 16, 2006

    (a) **DOCUMENT PRODUCTION**: February 16, 2006

    (b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: February 16, 2006

    (c) **EXPERT WITNESS DISCLOSURE (Rule 26)**:

        (1) **DISCLOSURE OF PLAINTIFF'S INITIAL RULE 26 EXPERT INFORMATION**: September 30, 2005

        (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: November 30, 2005

        (3) **EXPERT WITNESS DEPOSITIONS**:

            Plaintiff's Experts – October 30, 2005

            Defendant's Experts – January 16, 2006

        (4) **PLAINTIFF'S SUPPLEMENTAL EXPERT DISCLOSURES**: February 16, 2006

**FILING DISPOSITIVE MOTIONS**: March 16, 2006

**OTHER RELEVANT MATTERS**:

    No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

    Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

    This case is set for jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately 2 weeks.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a notion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

DATE: 5/3/05

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02145 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Joseph M. Rogers
HALE FOGLEMAN & ROGERS
108 Dover Road
P.O. Box 1666
West Memphis, AR 72303

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Effie Vanzola Bean
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Samuel Mays
US DISTRICT COURT