IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -7 AM 11: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| HELEN RICHARDSON, as Administratrix for the Estate of GEORGE RICHARDSON, JR., Deceased, and as Legal Guardian of the Estate of TAVARES RICHARDSON, a minor<br><br>Plaintiff,<br><br>v.<br><br>MARION DUGDALE, M.D.; CHRISTOPHER BUCHANAN, M.D.; PARTICIA ADAMS-GRAVES, M.D.; JOHN DOE, a/k/a DR. BABB; CAMPBELL CLINIC, P.C., ROSE M. SAYGER, R.N.; and METHODIST HEALTHCARE TRANSPLANT PROGRAM, L.L.C. d/b/a UT BOWLD HOSPITAL.<br><br>Defendants. | No. 05 - 2145 - Ma V<br>JURY DEMANDED |

### [PROPOSED] CONSENT ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

It appearing to this Court that counsel for Plaintiff, Helen Richardson, as Administratrix for the Estate of George Richardson, Jr., Decedent, and Legal Guardian for the Estate of Tavares Richardson, a minor, and Defendant, Campbell Clinic, P.C. ("Campbell Clinic"), are in agreement that the time within which Campbell Clinic must file its responses to Plaintiff's First Set of Interrogatories and Request for Production should be extended, up to and including July 30, 2005.

M BCI 889085 v1
2790458-000027 07/06/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-12-05

33

It is, therefore, ORDERED, ADJUDGED, and DECREED, that the time for Campbell Clinic to file its responses to Plaintiff's First Set of Interrogatories and Request for Production is hereby extended, up to and including July 30, 2005.

**SO ORDERED.**

**ENTER:** _____

**CONSENTED TO AND APPROVED FOR ENTRY:**

_Bryan Smith_ w/ telephonic permission by _Beth Campbell (23547)_
W. Bryan Smith (18230)
THE COCHRAN LAW FIRM
One Commerce Square, 26th Floor
Memphis, TN 38103
901-523-1222
Attorney for Plaintiff

_Buckner Wellford_ w/ permission by _Beth Campbell (23547)_
Buckner Wellford (9687)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 20000
Memphis, TN 38013
(901) 526-2000
Attorney for Campbell Clinic, P.C.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the above document has been mailed to all parties in interest, or their attorneys, by depositing same in the United States Mail, postage prepaid on July ___6___, 2005.

Joseph M. Rogers
HALE FOGLEMAN & ROGERS
108 Dover Road
P.O. Box 1666
West Memphis, AR 72303
870-735-1662

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square, 26th Floor
Memphis, TN 38103
901-523-1222

Albert C. Harvey
THOMASON, HENDRIX, HARVEY
JOHNSON & MITCHELL
One Commerce Square
40 S. Main Street, Suite 2900
Memphis, TN 38103-5529
901-525-8721

Charles C. Howell
BUTLER, SNOW, O'MARA, STEVENS
& CANNADA, PLLC
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
901-680-7200

Rebecca P. Tuttle
THE UNIVERSITY OF TENNESSEE
OFFICE OF THE GENERAL COUNSEL
66 North Pauline Street, Suite 428
Memphis, TN 38163

                                                                   */s/ Buckner Wellford*
                                                                   Buckner Wellford
                                                                   by Betty Campbell
                                                                   (25547)

M BC1 889085 v1
2790458-000027 07/06/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:05-CV-02145 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Effie Vanzola Bean
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Joseph M. Rogers
HALE FOGLEMAN & ROGERS
108 Dover Road
P.O. Box 1666
West Memphis, AR 72303

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT