IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUL 15 AM 10: 58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

HELEN RICHARDSON, as Administratrix for the
Estate of George Richardson, Jr., deceased, and as
Legal Guardian of the Estate of Tavares Richardson, a minor      PLAINTIFF

VS.                                                              NO. 05-2145- Ma V

MARION DUGDALE, M.D. ET AL                                       DEFENDANTS

## [PROPOSED] CONSENT ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSES TO DEFENDANTS', METHODIST HEALTHCARE TRANSPLANT PROGRAM, LLC d/b/a UT BOWLD HOSPITAL AND ROSE M. SAYGER, R.N., FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

It appearing to this Court that counsel for plaintiff, Helen Richardson, as Administratrix for the Estate of George Richardson, Jr., deceased, and Legal Guardian for the Estate of Tavares Richardson, a minor, and defendants, Methodist Healthcare Transplant Program, LLC d/b/a UT Bowld Hospital and Rose M. Sayger, R.N., are in agreement that the time within which plaintiff must file her responses to defendants', Methodist Healthcare Transplant Program, LLC d/b/a UT Bowld Hospital and Rose M. Sayger, R.N., First Set of Interrogatories and Request for Production of Documents should be extended, up to and including August 12, 2005.

It is, therefore, ORDERED, ADJUDGED and DECREED that the time for plaintiff, Helen Richardson, to file her responses to defendants', Methodist Healthcare Transplant Program, LLC d/b/a UT Bowld Hospital and Rose M. Sayger, R.N., First Set of Interrogatories and Request for Production of Documents is hereby extended, up to and including August 12, 2005.

SO ORDERED.

ENTER:

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __7-18-05__

38

Consented to and approved for entry:

_____
Joe M. Rogers, One of the Attorneys
For Helen Richardson, plaintiff

_____
Charles Howell, *by telephone permission*
Charles Howell, One of the Attorneys
For Methodist Healthcare Transplant
Program, LLC d/b/a UT Bowld Hospital
and Rose M. Sayger, R.N.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Proposed Consent was served upon the following attorneys by mailing a copy, as follows:

Buckner Wellford
165 Madison
2000 First Tennessee Building
Memphis, TN 38103

Bryan Smith
One Commerce Square, 26th Floor
Memphis, TN 38103

Albert C. Harvey
One Commerce Square
40 S. Main, Suite 2900
Memphis, TN 38103

Charles C. Howell
6075 Poplar Ave., Suite 500
Memphis, TN 38103

Rebecca Tuttle
UT Office of General Counsel
66 N. Pauline St., Suite 428
Memphis, TN 38163

postage paid this 11th day of July, 2005.

_____
Joe M. Rogers

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:05-CV-02145 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Effie Vanzola Bean
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Joseph M. Rogers
HALE FOGLEMAN & ROGERS
108 Dover Road
P.O. Box 1666
West Memphis, AR 72303

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT