IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -4  AM 11: 09

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W.D. MEMPHIS

HELEN RICHARDSON, as
Administratrix for the Estate of
GEORGE RICHARDSON, JR.,
Deceased, and as Legal Guardian of
the Estate of TAVARES RICHARDSON,
a Minor,

        Plaintiff,

v.                                    No. 05-2145-Ma/P

MARION DUGDALE, M.D., et al.,

        Defendants.

---

## ORDER GRANTING MOTION TO AMEND RULE 16(b) SCHEDULING ORDER

---

Pursuant to FED. R. CIV. P. 16, and for good cause shown, the Motion to Amend the Rule

16(b) Scheduling Order is herby GRANTED.  The Rule 16(b) Scheduling Order shall be and

hereby is amended as follows:

COMPLETING ALL DISCOVERY:

    (a)    EXPERT WITNESS DISCLOSURE (Rule 26):

        (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:
                December 16, 2005

        (2)    DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT
                INFORMATION:  February 28, 2006

        (3)    EXPERT WITNESS DEPOSITIONS:
                Plaintiff's Expert(s) – January 30, 2006
                Defendants' Expert(s) – March 30, 2006

        (4)    PLAINTIFF'S SUPPLEMENTAL EXPERT DISCLOSURES:
                April 28, 2006

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCiP on ___10 · 6 ·05

60

IT IS SO ORDERED this the _4_ day of _October_ , 2005.

U.S. ~~DISTRICT COURT~~ JUDGE
Magistrate

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:05-CV-02145 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Effie Vanzola Bean
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Effie Vanzola Bean
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Joseph M. Rogers
HALE FOGLEMAN & ROGERS
108 Dover Road
P.O. Box 1666
West Memphis, AR 72303

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Joseph M. Rogers
HALE FOGLEMAN & ROGERS
108 Dover Road
P.O. Box 1666
West Memphis, AR 72303

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Samuel Mays
US DISTRICT COURT