```
         IN THE UNITED STATES DISTRICT COURT              FILED BY ____ ___ D.C.
        FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION                      05 DEC 20  PM 1:58
```

```
                                                          THOMAS M. GOULD
                                                          CLERK, U.S. DISTRICT COURT
HELEN RICHARDSON, Administratrix                          W/D OF TN, MEMPHIS
and Legal Guardian,

     Plaintiff,

V.                                     NO. 05-2145-MaV

MARION DUGDALE, M.D., ET AL.,

     Defendants.
```

## ORDER GRANTING MOTION FOR SCHEDULING CONFERENCE AND SETTING CONFERENCE

Before the court is the December 16, 2005, joint motion of the parties for a scheduling conference. For good cause shown, the motion is granted. The court will hold a status/scheduling conference on **Tuesday, January 17, 2006, at 1:30 p.m.**

It is so ORDERED this 20th day of December, 2005.

```
                                  /s/ Samuel H. Mays, Jr.
                                  _____
                                  SAMUEL H. MAYS, JR.
                                  UNITED STATES DISTRICT JUDGE
```

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____12-22-05_____

76

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:05-CV-02145 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Joseph M. Rogers
HALE FOGLEMAN & ROGERS
108 Dover Road
P.O. Box 1666
West Memphis, AR 72303

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Effie Vanzola Bean
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Samuel Mays
US DISTRICT COURT